UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

Marina Iskhakova, on behalf of herself and
all others similarly situated

                Plaintiff,

-v.-
MCKESSON CORPORATION,

                Defendants.

---------------------------------------------------------------x

Civil Action No:
1:22-cv-927

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 13, 2022

| For Plaintiff Marina Iskhakova | For Defendant McKesson Corporation |
|---|---|
| */s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza | */s/ Jamie Haar*<br>Jamie Haar<br>Ogletree Deakins Nash Smoak & Stewart PC<br>599 Lexington Ave 17th floor |

| | |
|---|---|
| Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | New York, NY 10022<br>Ph: (212) 492--2070<br>Jamie.haar@ogletree.com |

## CERTIFICATE OF SERVICE

I certify that on June 13, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Mark Rozenberg*
> Mark Rozenberg
> **Stein Saks, PLLC**
> One University Plaza
> Hackensack, NJ 07601
> *Attorneys for Plaintiff*